United States District Court
Southern District of Texas
**ENTERED**
July 13, 2016
David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| AVALON ROBINSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-1569 |
| | § | |
| ALLSTATE TEXAS LLOYDS and | § | |
| TIMOTHY JAMES WESNESKI, | § | |
| Defendants. | § | |

## REMAND ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Plaintiff Avalon Robinson's Motion to Remand [Doc. # 4] is **GRANTED** and this case is **REMANDED** to the 434th Judicial District Court of Fort Bend County, Texas, for lack of subject matter jurisdiction.

SIGNED at Houston, Texas, this 13th day of **July, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE